ARMED SERVICES BOARD OF CONTRACT APPEALS

Petition of --                                )
                                              )
Call Henry, Inc.                              )        ASBCA No.  62423-PET
                                              )
Under Contract No.  N69450-17-D-1720          )

APPEARANCES FOR THE PETITIONER:        Neil H. O'Donnell, Esq.
                                       Lucas T. Hanback, Esq.
                                         Rogers Joseph O'Donnell, P.C.
                                         San Francisco, CA


APPEARANCES FOR THE GOVERNMENT:        Craig D. Jensen, Esq.
                                         Navy Chief Trial Attorney
                                       Javier E. Gonzalez, Esq.
                                         Trial Attorney

ORDER PURSUANT TO RULE 1(a)(5)
DIRECTING CONTRACTING OFFICER TO ISSUE DECISION

The contractor filed, under Rule 1(a)(5), a request for an order directing the contracting officer to render a decision on a July 26, 2019 certified claim for $281,461.35.  The government has advised that a final decision on the claim will be issued by May 7, 2020.  We deem this date reasonable.

Accordingly, the Board hereby directs the contracting officer to issue a decision on the contractor's claim by May 7, 2020.

This Order completes all necessary action by the Board.  If the contracting officer fails to comply with this Order, such failure will be deemed a decision by the contracting officer denying the claim, and the contractor may appeal to this Board or sue in the United States Court of Federal Claims pursuant to the Contract Disputes Act, 41 U.S.C. §§ 7103(f)(5), or 7104, as appropriate.

Dated:  April 21, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


RICHARD SHACKLEFORD                         MICHAEL N. O'CONNELL
Administrative Judge                        Administrative Judge
Vice Chairman                               Armed Services Board
Armed Services Board                        of Contract Appeals
of Contract Appeals


      I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of
the Armed Services Board of Contract Appeals in ASBCA No. 62423-PET, Petition of
Call Henry, Inc., rendered in conformance with the Board's Charter.


      Dated:  April 21, 2020


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals